UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

VICTOR KASNECI,

       Plaintiff(s),            CASE NO. 12-12349

v.

                                        HONORABLE AVERN COHN

BUREAU OF IMMIGRATION AND
CUSTOMS AND ENFORCEMENT ,

       Defendant(s).
_____/

**ORDER GRANTING PETITIONER'S PETITION FOR WRIT OF HABEAS CORPUS**

On June 11, 2012 the Court held a hearing on petitioner's Petition for Writ of Habeas Corpus. For the reasons stated on the record,

IT IS ORDERED that the petition is GRANTED. Petitioner shall be immediately released from the custody of the Bureau of Immigration and Customs Enforcement on a temporary basis until further order of the Court.

    SO ORDERED

Dated: June 11, 2012                s/Avern Cohn
                                          AVERN COHN
                                          UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, June 11, 2012, by electronic and/or ordinary mail.

                                            s/Julie Owens
                                            Case Manager
                                            (313) 234-5160