UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

VITOR KASNECI,

                        Petitioner,

v.

Director, BUREAU OF CUSTOMS
ENFORCEMENT, et al,

                        Respondents.

_____/

Case No.     12-12349

HONORABLE AVERN COHN

## JUDGMENT

For the reasons stated in the Memorandum and Order entered on August 23, 2012, judgment is entered in favor of respondents and against petitioner and the case is DISMISSED WITHOUT PREJUDICE.

DAVID WEAVER

Dated: August 23, 2012          By: s/Julie Owens_____
                                    Deputy Clerk

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, August 23, 2012, by electronic and/or ordinary mail.

                                    S/Julie Owens_____
                                    Case Manager, (313) 234-5160